IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NATHAN LIPPE                                                                                                              PLAINTIFF

V.                                         CASE NO. 3:21-CV-03043

STONE BANK;
MARVIN SUTTERFIELD;
and JAMES JOHNSON                                                                                       DEFENDANTS

### ORDER

On March 21, 2022, the Court issued an order (Doc. 199) sanctioning Plaintiff Nathan Lippe and his attorneys—Lloyd Kitchens, III, M. Grant Ragland, and Robert Ginnaven, III—for failing to provide discovery to Defendant Stone Bank and then failing to comply with the Court's order compelling that discovery. The Court ordered Plaintiff and his attorneys to pay Stone Bank's reasonable expenses, including attorney's fees, incurred in litigating Stone Bank's Motion to Compel (Doc. 84) and Motion for Sanctions (Doc. 98). The Court directed Stone Bank to file an accounting of those reasonable expenses no later than April 5, 2022. Stone Bank filed that accounting (Doc. 203) on April 4, and the Court directed Plaintiff to file his response, if any, within 14 days. Plaintiff filed no response.

After reviewing the relevant factors,[1] the Court finds Stone Bank's fees and expenses are reasonable. **IT IS THEREFORE ORDERED** that Plaintiff and his attorneys,

---

[1] The factors considered in determining the reasonableness of attorney's fees are: the amount of time invested in the lawsuit; the appropriateness of counsel's rates, given the experience and ability of the attorneys; the time and labor required to perform the legal services properly; the amount potentially at issue in the case; the results obtained; the novelty and difficulty of the issues involved; and the prevailing rate customarily charged

jointly and severally, pay **$4,506.11** in attorney's fees and expenses to Stone Bank within 30 days of the file date of this Order.

**IT IS SO ORDERED** on this 21st day of April, 2022.

                                            TIMOTHY L. BROOKS
                                            UNITED STATES DISTRICT JUDGE

---

in the area for similar legal services. *Chrisco v. Sun Industries, Inc.*, 304 Ark. 227, 229–30 (1990); *All-Ways Logistics, Inc. v. USA Truck, Inc.*, 583 F.3d 511, 521 (8th Cir. 2009).